## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MISAIN ROMERO MONTOYA, <br> ELIZABETH ALMONTE ROMAN | : CIVIL ACTION <br> : <br> : |
| v. | : NO. 26-2923 <br> : |
| AUSTIN GALLAHER, CW SPAID <br> TRUCKING LLC | : <br> : |

### ORDER

AND NOW, this 4th day of May 2026, it appearing removing Defendant CW Spaid Trucking LLC has not filed its disclosure statements required by Federal Rule of Civil Procedure 7.1(a)(1) and (2)[1] at the time of filing its first appearance,[2] it is **ORDERED** Defendant CW Spaid Trucking LLC shall file its disclosure statements no later than **May 7, 2026.**

KEARNEY, J.

_____

[1] Effective December 1, 2022, Federal Rule of Civil Procedure 7.1(a)(2) requires all parties in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a) file a disclosure statement identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. Counsel may find this District's standard form on the Court's website: https://www.paed.uscourts.gov/sites/paed/files/documents/forms/disclctzn.pdf

[2] Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court. We remind the parties of their continuing obligation under Federal Rule of Civil Procedure 7.1(b)(2) to "promptly file a supplemental statement if any required information changes."