**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MISAIN ROMERO MONTOYA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **ELIZABETH ALMONTE ROMAN** | : | **NO.  26-cv-2923** |

## O R D E R

**AND NOW**, this    **5ᵗʰ**    day of  **May, 2026**, in accordance with the court's

procedure for assignment of a United States Magistrate Judge to certain District Court Judges on

a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned

case is <u>Magistrate (Jose R. Arteaga).</u>  If the District Court Judge deems referral appropriate, a

separate referral order, specifying the reason for referral, will be issued by the District Court Judge.


**FOR THE COURT:**


**WENDY BEETLSTONE**
**Chief Judge**


**ATTEST:**


**/s/ George Wylesol**
**GEORGE WYLESOL**
**Clerk of Court**