**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MISAIN ROMERO MONTOYA,** | : | **CIVIL ACTION** |
| **ELIZABETH ALMONTE ROMAN** | : | |
| | : | |
| **v.** | : | **NO. 26-2923** |
| | : | |
| **AUSTIN GALLAHER, CW SPAID** | : | |
| **TRUCKING, LLC** | : | |

## <u>ORDER</u>

**AND NOW**, this 7th day of May 2026, upon considering Defendant CW Spaid Trucking, LLC's insufficient form Disclosure of Citizenship in Diversity Jurisdiction Cases under Fed. R. Civ. P. 7.1(a)(2) (ECF 8) required by the Federal Rules of Civil Procedure and our May 4, 2026 Order (ECF 4), it is **ORDERED** we **STRIKE** Defendant CW Spaid Trucking, LLC's Disclosure (ECF 8) to be refiled consistent with our May 4, 2026 Order (ECF 4) and our May 4, 2026 Order (ECF 5) raising our apparent lack of subject matter jurisdiction for failure, among other issues, of Removing Defendant CW Spaid Trucking, LLC to adequately plead its citizenship, to be refiled no later than **May 8, 2026** without affecting the parties' obligations under our May 4, 2026 Order (ECF 5).[1]

_____
**KEARNEY, J.**

---

[1] *See* ECF 5 n. 1.