**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MISAIN ROMERO MONTOYA,** | : | **CIVIL ACTION** |
| **ELIZABETH ALMONTE ROMAN** | : | |
| | : | |
| **v.** | : | **NO. 26-2923** |
| | : | |
| **AUSTIN GALLAHER, CW SPAID** | : | |
| **TRUCKING, LLC** | : | |

## <u>ORDER</u>

**AND NOW**, this 11th day of May 2026, upon considering Plaintiff's Notice of Voluntary

Dismissal (ECF 14), it is **ORDERED**:

1.     This action is **DISMISSED** without prejudice under Federal Rule of Civil

Procedure 41(a)(1)(A)(i); and,

2.     The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**